UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 18-24128-CIV-MARTINEZ-OTAZO-REYES

JARVIS ARRINGTON, GENEVA
BLANCHARD, and SANDRA MUNSTER,
individually and on behalf of all others similarly
situated,

    Plaintiffs,

v.

BURGER KING WORLDWIDE, INC.,
BURGER KING CORPORATION,
RESTAURANT BRANDS INTERNATIONAL,
INC., and RESTAURANT BRANDS
INTERNATIONAL LIMITED PARTNERSHIP,

    Defendants.

## PLAINTIFFS' NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Plaintiffs JARVIS ARRINGTON, GENEVA BLANCHARD, and SANDRA MUNSTER, individually and on behalf of all others similarly situated, in the above-named case, hereby appeal to the United States Court of Appeals for the Eleventh Circuit the following: the Final Order of Dismissal, entered in this action on August 24, 2020 [DE 75]; the Order Denying Leave to Amend, entered in this action on August 24, 2020 [DE 74]; and the Order Granting Motion to Dismiss, entered in this action on March 24, 2020 [DE 67]. Copies of the Orders are attached.

Dated: September 22, 2020

Respectfully submitted,

/s/ Peter Prieto
Peter Prieto (FBN 501492)
Matthew P. Weinshall (FBN 84783)
Alissa Del Riego (FBN 99742)
**PODHURST ORSECK, P.A.**
One S.E. Third Ave., Suite 2300
Miami, Florida 33131

Tel: (305) 358-2800/Fax: (305) 358-2382
pprieto@podhurst.com
mweinshall@podhurst.com
adelriego@podhurst.com
***Interim Liaison Counsel and Plaintiffs' Steering Committee***

Joseph H. Meltzer
**KESSLER TOPAZ**
**MELTZER & CHECK LLP**
280 King of Prussia Road
Radnor, PA 19087
Tel: (610) 667-7706
Fax: (610) 667-7056
jmeltzer@ktmc.com

*Interim Co-Lead Counsel*

Derek Y. Brandt
Leigh M. Perica
**McCUNE WRIGHT AREVALO, LLP**
101 West Vandalia Street, Suite 200
Edwardsville, IL 62025
Tel: (618) 307-6116
Fax: (618) 307-6161
dyb@mccunewright.com
lmp@mccunewright.com

Richard D. Mccune
Michele M. Vercoski
**McCUNE WRIGHT AREVALO, LLP**
3281 East Guasti Road, Suite 100
Ontario, CA 91761
Tel: (909) 557-1250
rdm@mccunewright.com
mmv@mccunewright.com

*Interim Co-Lead Counsel*

Paul J. Geller (FBN 984795)
Stuart A. Davidson (FBN 0084824)
Jason H. Alperstein (FBN 64205)
**ROBBINS GELLER RUDMAN**
**& DOWD LLP**
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Tel: (561) 750-3000

2

Fax: (561) 750-3364
pgeller@rgrdlaw.com
sdavidson@rgrdlaw.com
jalperstein@rgrdlaw.com

David W. Mitchell
Carmen A. Medici
**ROBBINS GELLER RUDMAN & DOWD LLP**
655 West Broadway, Suite 1900
San Diego, CA 92101
Tel: (619) 231-1058
Fax: (619) 231-7423
davem@rgrdlaw.com
cmedici@rgrdlaw.com

*Plaintiffs' Steering Committee*

John Radice
Daniel Rubenstein
**RADICE LAW FIRM, P.C.**
475 Wall Street
Princeton, NJ 08540
Tel: (646) 245-8502
jradice@radicelawfirm.com
drubenstein@radicelawfirm.com

Walter W. Noss
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
600 West Broadway, Suite 3300
San Diego, CA 92101
Tel: (619) 233-4565
Email: wnoss@scott-scott.com

Dean M. Harvey
Anne B. Shaver
Yaman Salahi
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111
Tel: (415) 956-1000
dharvey@lchb.com
ashaver@lchb.com
ysalahi@lchb.com

        Michael L. Schrag
        Eric H. Gibbs
        Joshua J. Bloomfield
        **GIBBS LAW GROUP LLP**
        505 14th Street, Suite 1110
        Oakland, CA 94612
        Tel: (510) 350-9700
        mls@classlawgroup.com
        ehg@classlawgroup.com
        jjb@classlawgroup.com

        George W. Sampson
        **SAMPSON DUNLAP LLP**
        1001 4th Ave., Suite 3200
        Seattle, WA 98154
        Tel: (206) 369-3962
        george@sampsondunlap.com

        *Class Counsel*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was electronically filed on September 22, 2020 with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmissions of Notices of Electronic Filing generated by CM/ECF.

        /s/ *Peter Prieto*
        Peter Prieto