# EXHIBIT 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-24128-CIV-MARTINEZ/OTAZO-REYES

JARVIS ARRINGTON, GENEVA BLANCHARD,
and SANDRA MUNSTER, individually and on
behalf of all others similarly situated,

    Plaintiffs,

vs.

BURGER KING WORLDWIDE, INC., BURGER
KING CORPORATION, RESTAURANT
BRANDS INTERNATIONAL, INC., and
RESTAURANT BRANDS INTERNATIONAL
LIMITED PARTNERSHIP,

    Defendants.
_____/

## FINAL ORDER OF DISMISSAL

**THIS MATTER** is before the Court upon the Order Granting Defendants' Motion to Dismiss (DE 67). Accordingly, it is:

**ORDERED AND ADJUDGED** that this action is **DISMISSED WITH PREJUDICE**. All pending motions in this case are **DENIED AS MOOT**, and this case shall be marked **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 24th day of August, 2020.

                                               _____
                                               JOSE E. MARTINEZ
                                               UNITED STATES DISTRICT JUDGE

1