UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-CV-24128-RAR

**JARVIS ARRINGTON**, *et al.*,

    Plaintiffs,

v.

**BURGER KING WORLDWIDE, INC.**, *et al.*,

    Defendants.
_____/

## ORDER SCHEDULING MEDIATION

The mediation conference in this matter shall be held with the **Honorable Michael A. Hanzman (ret.),** on **March 18, 2026,** at **9:00 a.m.** at the offices of Bilzin Sumberg Baena Price & Axelrod LLP, 1450 Brickell Avenue, Suite 2300, Miami, FL 33131. A report of the mediation must be filed within **seven (7) days** thereafter.

**DONE AND ORDERED** in Miami, Florida this 23rd day of January, 2026.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**