**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 18-CV-24128-RAR**

**JARVIS ARRINGTON**, *et al.*,

Plaintiffs,

v.

**BURGER KING CORPORATION**, *et al.*,

Defendants.
_____________________________________/

**ORDER GRANTING JOINT MOTION TO AMEND SCHEDULING ORDER**

**THIS CAUSE** comes before the Court upon the parties' Joint Motion to Amend Scheduling Order ("Joint Motion"), [ECF No. 173], filed on July 2, 2026. The Court having carefully reviewed the Joint Motion and the record, it is hereby

**ORDERED AND ADJUDGED** that the Joint Motion, [ECF No. 173], is **GRANTED**. Accordingly, the Order Setting Jury Trial Schedule, [ECF No. 155], is amended **only** as follows and remains unaltered in all other respects:

**October 9, 2026**. Plaintiffs shall file a motion for class certification. The parties shall exchange expert witness summaries or reports on issues of class certification.

**November 25, 2026**. Defendants shall file their response in opposition to Plaintiffs' motion for class certification. The parties shall exchange rebuttal expert witness summaries or reports on issues of class certification.

**December 23, 2026**. Plaintiffs shall file their reply in support of their motion for class certification.

**January 12, 2027**. Deadline for completing class certification discovery.

**DONE AND ORDERED** in Miami, Florida, this 5th day of July, 2026.

**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**