**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 18-CV-24128-RAR**

**GENEVA BLANCHARD**, *et al.*,

Plaintiffs,

v.

**BURGER KING COMPANY LLC**, *et al.*,

Defendants.
_______________________________________/

**SECOND ORDER GRANTING JOINT MOTION TO AMEND SCHEDULING ORDER**

**THIS CAUSE** comes before the Court upon the Joint Motion to Amend Scheduling Order ("Joint Motion"), [ECF No. 189], filed on September 18, 2026. The Court having carefully reviewed the Joint Motion and the record, it is hereby

**ORDERED AND ADJUDGED** that the Scheduling Order, [ECF No. 155], amended in part on July 5, 2026, *see* [ECF No. 176], is further **AMENDED** as follows:

| | |
|---|---|
| Motion for Class Certification and Supporting Expert Reports | December 23, 2026 |
| Opposition to Motion for Class Certification and Supporting Expert Reports | February 5, 2027 |
| Reply in Support of Class Certification and Rebuttal Expert Reports | March 5, 2027 |
| Completion of Class Certification Discovery | March 19, 2027 |
| Merits Expert Reports Exchanged | March 31, 2027 |
| Exchange of Witness Lists for Trial | April 30, 2027 |
| Rebuttal Expert Reports Exchanged | April 30, 2027 |
| All Fact and Expert Discovery Completed | May 14, 2027 |
| *Daubert* and Summary Judgment Motions Filed | May 28, 2027 |
| Oppositions to *Daubert* and Summary Judgment Motions | June 25, 2027 |

| | |
|---|---|
| Replies in Support of *Daubert* and Summary Judgment Motions | July 12, 2027 |
| Pretrial Motions, Memoranda of Law, and Motions *in Limine* | July 2, 2027 |
| Joint Pretrial Stipulation | July 2, 2027 |
| Proposed Jury Instructions and/or Proposed Findings of Fact and Conclusions of Law | July 2, 2027 |
| Proposed *Voir Dire* Questions | July 2, 2027 |
| Calendar Call | August 31, 2027 |
| Trial Period | September 7, 2027 |

Aside from the revised deadlines above, all instructions contained in the Scheduling Order, [ECF No. 155], remain in full force and effect.

**DONE AND ORDERED** in Miami, Florida, this 21st day of September, 2025.

**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**